UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Manzali Maritime Co.,

        Plaintiff,

- against -

Bashak Management Industries LLP,

        Defendant.

------------------------------------------------------------X

**ORDER**

09 Civ. 49 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On February 9, 2009, this Court granted an order for issuance of process of maritime attachment in the above-captioned case. Over sixty days have passed since that date, and plaintiff has failed to attach funds. Thus there is no reason to believe that defendant's property is present in the district or can even be anticipated to be in the district in the foreseeable future. Thus this Court lacks personal jurisdiction over defendant. *See Reibor Int'l Ltd. v. Cargo Carriers Ltd.*, 759 F.2d 262 (2d Cir. 1985); *Sunwoo Merchant Marine Co. Ltd. v. Britannia Bulk PLC*, No. 08 Civ. 9614 (S.D.N.Y. Nov. 10, 2008). The attachment order in this case is hereby vacated. The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
             April 10, 2009

1

## - Appearance -

**For Plaintiff:**

Christopher Carlsen, Esq.
Clyde & Co
405 Lexington Avenue
New York, New York 10174
(212) 710-3900